Joyce-Pruit Co. v. George, 27 N. M. 28.

---

[No. 2371.   April 27, 1920.]

## JOYCE-PRUIT CO. v. GEORGE.

Appealed from District Court, Roosevelt County; McClure, Judge. Proceeding between the Joyce-Pruit Company and Cleve George. Judgment for the latter, and the former appeals. Affirmed. G. L. Reese, of Portales, for appellant. T. E. Mears, of Portales, for appellee.

OPINION OF THE COURT.

RAYNOLDS, J. This cause is identical with, and governed by, cause No. 2370, First National Bank of Elida, Appellee, v. Cleve George et al., Appellants, 26 N. M. 176, 189 Pac. 240, decided at this term of court. Therefore the judgment of the district court will be affirmed; and it is so ordered.

PARKER, C. J., and ROBERTS, J., concur.